# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**State of New York, et. al.,**

         *Appellants,*    : No. 25-1138

v.    :

: **PETITION** FOR

**President Donald J. Trump, et al.**    : **WRIT OF ERROR**
         *Appellees,*          ***CORAM NOBIS***

: March 3, 2025

## PRELIMINARY STATEMENT

The current National Debt and deficit represent an existential threat to the continued existence of the United States as we know it. What this Court may not realize is that the National Debt and the continued existence of the United Sates as we know it is currently before this Court in this case.

As discussed below, the current crisis owes its origan to the Budgets for Fiscal Years 2010 and 2011 adopted by a Democrat controlled Congress under the lead of the newly elected President, Barack Obama. As President Obama, the former Editor in Chief of the Harvard Law Review and constitutional law teacher well knew, those budgets were unconstitutional. Since then, every Budget or Continuing Resolution adopted by the Congress has been unconstitutional. As a result, the United States now faces the greatest threat to it's currency and credit since the financial crisis of 1787, the crisis which drove the delegates to the Federal Convention of 1787 to adopt the new Constitution.

1

As a result of this pending crisis, Republican President Donald Trump and his administration have begun to cut programs and budgets as a starting point it his struggle to save America's currency and credit before a complete collapse. Now, to block President Trump Democrats and their political allies have come before federal courts such as this Court in an attempt to block cuts in spending so that the deficits continue to mount and a fiscal crisis looms closer and closer. That is why the Petitioner has now come into this litigation.

The Petitioner like Barack Obama is a law school graduate. Although never a law school professor, during his 50+ year career as a trial attorney in federal courts he became well versed in constitutional law. As a result, when he read the Budget for Fiscal Year 2010, he immediately recognized it as unconstitutional. As discussed below, he filed a complaint in the U.S. District Court for the Southern District of New York in an attempt to block the illegal budget. That case was dismissed for lack of standing. Concerned with the question of why a constitutional scholar elected as President of the United States would at the outset of his administration blow up a very important fire wall in the Constitution and thrust the Nation into uncontrolled spending. To find the answer, the Petitioner has analyzed spending under every budget and continuing resolution between F.Y. 2010 and 2018. I have prepared two charts to explain what happened and why. I would like to present these charts to the Court but it would have to be at a hearing. Unless I walk the Court through the charts, the Court will not be able to follow the analysis. If the Court pleases, I would be pleased to present the charts at a future date. Uless the Court is familiar with what has happened and why, in its decision the Court may force the Nation into a fiscal crisis that it may not survive.

## PETITIONER'S STANDING AND THIS COURT'S JURISDICTION

The Writs OF *Quae Coram Nobis Resident* ("Let the record remain before us" when applied to King's Bench) and *Quae Coram Vobis Resident* ("Let the record remain before you" (when applied to the Court of Common Pleas) were created in England by the *Curia Regis* ("royal council" which consisted of the King of England and his most loyal advisors) in the Eleventh Century. In English Law, the definition of "*coram nobis*" evolved and is now re-defined as a remedy for a court to correct its own error. Daniel F. Piar, Using *Coram Nobis* to Attack Wrongful Convictions, a New Look at an Ancient Writ, N. Ky. Law Review 505 (2003). As the Supreme Court has stated, "It cannot be questioned that the appropriate use of the writ of error *coram vobis* is to enable a court to correct its own errors -- those errors which precede the rendition of judgment." *Pickett's Heirs v. Legerwood*, 32 U.S.144, 147 (1833)

A Writ of *Coram Nobis* is a step in the original case and not the beginning of a separate proceeding. As a result, courts must file Petitions for Writs of *Coram Nobis* under the original case number. *Telink, Inc. v. U.S.*,24 F.3d 42, 46 (9th Cir. 1994) Further, when a Petition for a Writ of Error *Coram Nobis* is filed with the Court, it must be docketed and the Petition must be ruled upon. This is because court decisions on Petitions for a Writ of Error *Coram Novis* are reviewable on appeal. An appeal from an order granting or denying an application for a writ of error coram *nobis* is an appeal in a civil case for purposes of Federal Rule of Appellate Procedure Rule 4(a). Generally, the standard of review is that any court's determinations on questions of law are reviewed *de novo*, but that district court's determinations on questions of fact

are reviewed for clear error (or clearly erroneous error). Under *de novo* review of federal *coram nobis* cases, the appellate court acts as if it were considering the question of law for the first time, affording no deference to the decision of the district court.

Ordinarily, this Petition would have been filed first in the District Court but because that Court moved this case so expeditiously, the Petitioner was unable to file the Petition in timely fashion. In the interest of justice and saving this Courts precious time, the Petitioner has elected to file this Petition directly in this Court.

### The Fundamental Error in this Case

There is one Fundamental Error in the Plaintiffs' Complaint and the Order of the District Court currently on appeal. The Order of President Trump to the Secretary of the Treasury was issued pursuant to his authority under Article II, Sec. 1, cl. 3 and is perfectly proper because the Budgets for Fiscal Years 2010 and 2011 were unconstitutional. Every Budget and Continuing Resolution adopted by Congress since then was unconstitutional. It is not only the President's constitutional right to order the Treasury to cease dispensing funds authorized under unconstitutional resolutions by Congress, it is his high duty to issue such an order until he examines the past records of spending. This is absolutely essential in order to bring the Budget for Fiscal Year 2026 within constitutional limits.

The District Court in justifying its Order states at page 5,

4

> The Executive's action unilaterally suspends the payment of federal funds to the States and others simply by choosing to do so, no matter the authorizing or appropriating statute, the regulatory regime, or the terms of the grant itself. The Executive cites no legal authority allowing it to do so; indeed, no federal law would authorize the Executive's unilateral action here.

This statement assumes a point not in evidence, namely that the spending authorized by Congress was adopted in accordance with constitutional authority and the limits thereon. If the Budgets for Fiscal Years 2010 and 2011 were unconstitutional then all subsequent Budgets and Continuing Resolutions being based in these Budgets are suspect and the President is within his authority to suspend disbursement of funds under the current Congressional authorization until he determines whether the disbursements are constitutional and thus within congressional authority.

## BACKGROUND OF THIS PETITION

In his 50 years as a trial attorney, the Petitioner accepted every case he was offered involving the U.S. Constitution, especially it's original meaning. In order to prepare these cases properly, he read the three volume *Record of the Federal Convention of 1787* twice. When he saw the borrowing under Article I, Sec. 8, cl. 2 for spending under Article I, Sec. 8, cl.1 in the Budget for Fiscal Year 2010, he knew immediately it was unconstitutional as is described in the accompanying Memorandum of Law in Support. In order to try to stop the unconstitutional spending, the Petitioner filed an action in federal court. The district court judge dismissed the complaint *sua sponte*, the circuit court affirmed the dismissal and the Supreme Court denied a Petition for Certiorari. *Heghmann v. Geithner*, 10 cv 2523

(S.D.N.Y. 2010), *Heghmann v. Geithner*, 10-cv-1689 (2nd Cir. 2010), *Heghmann v. Geithner*, Supreme Court 10 - 1155 (2010).

The Petitioner also knew the incoming President, Barack Obama, the former Editor in Chief of the Harvard Law Review and nine-year professor of constitutional law, knew it was unconstitutional. Why would an incoming President and constitutional scholar blow up a critically important fire wall adopted by the Framers of Constitution? In order to find out, the Petitioner followed the money and tracked the spending in the Federal Budgets for Fiscal Years 2010 thru 2018. His findings are important to this Court's consideration of the pending appeal.

As this borrowing continued year after year, it was widely reported to the public that the borrowing was long term and that our children and grand children would bear the burden of this debt. Nothing could be further from the truth. All of the new debt was financed by 2 and 4 year Treasury Notes. Long term debt, namely Treasury 20 and 30 year Bonds, did not increase. In 2015, David Stockman, President Reagan's Director of the Office of Management and Budget, did an analysis of how the Obama Treasury was dealing with the Notes as they matured. Based upon his analysis, he stated that he believed the Obama Treasury was rolling over the Notes which then contained the original debt and accumulated interest. However, the new Notes were not reflected in Budget Reports based on the new value at maturity. The Reports carried forward the Notes at their original value without accumulated interest. Thus, Notes issued starting in F.Y. 2006 and maturing in 2009 through F.Y.

2018 were rolled over but were under-valued in new Reports by approximately $ 13 Trillion.

If you listen to the main street media reports on the current National Debt, you will be told that the debt is $ 35 Trillion. But if Mr. Stockman was correct and I have properly understood and applied his scholarship, the National Debt at the end of F.Y. 2018 was $32.8 Trillion. That was $ 11.2 Trillion above the debt limit. And in F.Y. 2019 – 2024, the U.S. has borrowed Trillions more in unconstitutional borrowing. How much? – who knows? So much for the good news!

### F.Y. 2019 WAS THE YEAR THAT GEORGE SOROS, THE MAN WHO BROKE THE BANK OF ENGLAND, WAS GOING TO BANKRUPT THE U.S.

In 1992, George Soros decided to take down the government of John Major in the United Kingdom. He would do this by breaking the Bank of England and causing a financial crisis in England. Soros sold One Billion Pound Sterling Notes "short" into the world's money markets. This immediately caused a panic as the value of the Pound Sterling crashed around the world. Fortunately, the heads of the Bank of England reacted immediately and brilliantly. They held the loss of value of the Pound Sterling to 25%. But the damage to John Major's conservative government had been done. In the next election the liberal Labor Party won a sweeping victory and Labor controlled the British government for the next decade.

Barack Obama began to implement a plan to destroy the currency and credit of the United States immediately upon taking offixe. As noted above, the borrowing was financed by Treasury Notes. They were issued with maturity dates in two to four

years. This allowed the Obama Treasury to manipulate the maturity dates on the Notes. Most of the Notes were issued over a 15 year period. In the first major roll over, the Notes matured over a 7 year period. In the next roll over the majority of the Notes matured in a 4 year period.

Since the Treasury reports do not reflect the value of the Notes at maturity, I based my analysis on the number of outstanding Notes that matured each year. By F.Y. 2018, more than 60% of the Nation's outstanding Notes (320) matured in 2019 (60), 2020 (56), 2021 (45) and 2022 (36). Thus, of the Nation's 320 outstanding notes, 197 matured in a 4 year window.

U.S. Dollar is the world's reserve currency. As a result, more U.S. Dollars are held overseas than in the U.S. For example, the last time I checked in 2014, there were $8 Trillion in circulation. Of these, $3 trillion were in circulation in the U.S. while $5 trillion were held overseas. Most of the dollars overseas reside in national treasuries or banks and serve as net capital reserves supporting either national currencies or bank loans and investments. In Europe, the European Union has strict net capital rules for each member nation. Within each member nation, there are strict net capital rules for each bank.

If George Soros sells $1 Trillion "short" in the world money markets, the value of the dollar would crash. This decline in value would trigger the net capital rules in the E.U. and within member nations. Countries and banks around the world would be forced to dump U.S. Dollar reserves into the money markets. The value of the dollar and the U.S. national credit would disappear overnight. The continued

existence of the United States as we know it would be called into question. The U.S. would cease to be a world power and the dollar would cease to be the world's reserve currency.

So, what happened? Why didn't Soros break the Federal Reserve? The answer is simple – Covid 19. Covid 19 caused a world-wide recession. Everyone lost money including Soros. He was no longer willing to gamble $ 1 Trillion. Besides, in a recession the best place to have your money is in U.S. Treasury Bonds and Notes.

### FEDERAL COURTS SHOULD BE ESTOPPED FROM INTERFERING WITH PRESIDENT TRUMP'S EFFORTS TO REDUCE SPENDING AND BALANCE THE BUDGET

Although The U.S. dodged a bullet in 2019, the grave risk to the Federal Reserve remains. In Donald Trump the Naton finally has a president who understands the risk presented by the National Debt. He is trying to remove the risk by cutting spending and balancing the Budget. What we have in this case and other cases filed in U.S. District Courts is Democrat politicians and liberal organizations who have benefited from the unconstitutional budgets and out of control spending asking federal courts to allow them to keep the benefits of these unconstitutional budgets and out of control spending even if it places the Nation at great peril. This Court and other federal courts should reject these attempts to continue the reckless spending that threatens to destroy the Nation.

Estoppel in litigation in federal courts is well recognized. The Department of Justice under the authority of the Attorney General prepares and disseminates a

Justice Manual. This is how the Department of Justice describes Estoppel in the Justice Manual.

### JUSTICE MANUAL
#### Civil Resource Manual

#### 209. Estoppel

The general rule is that the federal government may not be equitably estopped from enforcing public laws, even though private parties may suffer hardship as a result in particular cases. Office of Personnel Management v. Richmond, 496 U.S. 414 (1990); Heckler v. Community Health Services of Crawford County, Inc., 467 U.S. 51 (1984); INS v. Miranda, 459 U.S. 14 (1982); Schweiker v. Hansen, 450 U.S. 785 (1981); Federal Crop Ins. Corp. v. Merrill, 332 U.S. 380 (1947). No decision of the Supreme Court holds that equitable estoppel lies against the government in any circumstance. *However, in several instances the court has expressly declined to determine whether the government could be estopped in a case involving serious affirmative misconduct by government employees.* See, e.g., Heckler v. Community Health Services, supra; INS v. Miranda, supra. (emphasis added)

*The Supreme Court has made it clear that before an estoppel will lie against the government a private party must at a minimum demonstrate that all the traditional elements of an estoppel are present.* See Heckler v. Community Health Services, 467 U.S. 51, 59-61 (1984). An estoppel cannot be asserted against the government on the basis of oral advice, Heckler v. Community Health Services, supra; nor can the government be estopped merely because it is engaging in "commercial undertakings." Federal Crop Ins. Corp. v. Merrill, supra at 383 n.1 (1947). The rule against estopping the government does not depend upon a showing of impact on the federal treasury, INS v. Miranda, supra; Montana v. Kennedy, 366 U.S. 308 (1961); nor does it depend on whether a single agent of the government, or an entire agency, has engaged in misconduct. See, e.g., INS v. Miranda, supra; Schweiker v. Hansen, supra. (emphasis added)

As the Justice Manual makes clear, the Supreme Court has left open the question of whether or not the government can be estopped from enforcing the law against private parties if the government has engaged in *serious affirmative misconduct by government employees.* The fact that in this case the federal employee is the President of the United States and federal judges should make no difference.

In 2010 the Petitioner filed an action in the Southern District of New York to stop the reckless spending under an unconstitutional budget. A federal judge dismissed the action based upon lack of standing. The Second Circuit affirmed the dismissal and the Supreme Court denied a Petition for *Certiorari*. Thus, federal judges had the opportunity to stop this pending crisis at its inception. The failure of the federal courts including the Supreme Court is what has put the Nation at risk. Now Democrat Politicians and liberal organizations are coming to federal courts asking the courts to allow them to retain the benefits of unconstitutional budgets and to continue the reckless spending that can only result in the collapse of the dollar and the loss of credit on the part of the U.S. Government. Federal courts which failed to prevent this pending crisis cannot now allow the crisis to increase due to the continued reckless spending advocated by the Democrat Party and its allies.

## CONCLUSION

The issue properly before this Court is whether or not the President abused his discretion in ordering the Secretary of the Treasury to suspend disbursement of appropriated funds until he does a complete review and audit of all appropriations since Fiscal Year 2010. In support of the President's Order, please find a Memorandum of Law explaining why the Budget for Fiscal Year 2010 and all subsequent were unconstitutional. This Court should be Estopped from interfering with the President's efforts to avert a national crisis by balancing the Budget and curtailing out of control spending.

Respectfully submitted,

*[signature]*

Robert A. Heghmann

P.O. Box 2108

Leander, Texas 78646

Bob_Heghmann@Reagan.com

## CERTIFICATION

The Petitioner hereby certifies that a copy of this Petition was served upon the lead attorneys for the United States and the Appellants by e-mail on March 3, 2025.

_____
*[signature]*

FROM:
Robert Heymann
P.O. Box 2108
Leander, TX 78646

TO:
Clerk
US Court of Appeals
for the First Circuit
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail
US POSTAGE PAID
$10.10
Origin: 76559
03/03/25
4864300502-88

PRIORITY MAIL®
0 Lb 8.20 Oz
RDC 03

EXPECTED DELIVERY DAY: 03/08/25

SHIP TO: BOSTON MA 02210

USPS TRACKING® #
9505 5139 7721 5062 3126 45